

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| MATTHEW S. TWIGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:10cv122-JCC/JFA |
| | ) | |
| TRIPLE CANOPY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS

Plaintiff, Matthew S. Twigg, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismisses Count II (tortious interference) and Count V (retaliation under 42 U.S.C. §1981) of his Complaint against the Defendant Triple Canopy, Inc. without prejudice.

Respectfully submitted,

MATTHEW S. TWIGG

/s/
Megan Starace Ben'Ary (VSB No. 47439)
Joanna L. Faust (VBS No. 72930)
LECLAIRRYAN
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: 703.647.5933
Facsimile: 703.647.5983
megan.benary@leclairryan.com
joanna.faust@leclairryan.com

So Ordered:

/s/
James C. Cacheris
United States District Judge

5/6/10

Kevin P. Podlaski (admitted *pro hac vice*)
J. Blake Hike (admitted *pro hac vice*)
CARSON BOXBERGER LLP
1400 One Summit Square
Fort Wayne, IN 46802
Telephone: 260.423.9411
Facsimile: 260.423-4329
kpp@carsonboxberger.com
hike@carsonboxberger.com

*Counsel for Plaintiff Matthew S. Twigg*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing to the following:

John M. McNichols, Esquire
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
jmcnichols@wc.com

*Counsel for Defendant Triple Canopy, Inc.*

/s/
Joanna L. Faust (VSB No. 72930)
LeCLAIRRYAN
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: 703.647.5915
Facsimile: 703.647.5987
Joanna.Faust@leclairryan.com

*Counsel for Plaintiff Matthew S. Twigg*

3